UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMALYA T., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br><br> Defendant. | Case No. 22-cv-02691-JST <br><br> **ORDER DIRECTING PARTIES TO NOTIFY THE COURT IF THEY CONSENT TO ASSIGNMENT TO A MAGISTRATE JUDGE** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b).

Defendant has consented to the jurisdiction of a magistrate judge. ECF No. 11. No later than fourteen days from the date of this order, Plaintiff shall advise the Court whether she also consents to have a magistrate judge conduct all further proceedings in this case. For Plaintiff's convenience, a consent/declination form is attached to this order. The form is also available at https://www.cand.uscourts.gov/civilforms.

The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: June 15, 2022

_____
JON S. TIGAR
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No.<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____, 20____        NAME: _____

                                                            _____
                                                                          *Signature*
                    COUNSEL FOR
                    (OR "PRO SE"):